HARRIS *vs.* NORTON.

Two *referees*, in the absence of the third referee, have no power to adjourn the hearing of the cause to any particular day.

June 7.          MOTION to set aside report of referees. On the day appointed for the hearing, *two* only of the referees appeared, and adjourned the hearing to a future day; to which adjournment the defendant objected. On the adjourned day the defendant refused to appear; the referees all attended, heard the proofs of the plaintiff, and made a report in his favor; which the defendant now moved to set aside.

*By the Court,* NELSON J. The two referees, the third not attending, had no authority to adjourn the hearing. Referees have no power to act unless all attend. The concurrence of two, had the third been present, would have been enough, but only two attending, they could not do any act affecting the rights of the parties. The report must be set aside.